# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE KALBERER, | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-02278-JCM-NJK |
| vs. | ) ORDER |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et al., | ) (Docket No. 11) |
| Defendant(s). | ) |

Pending before the Court is the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 11, which is DENIED for the reasons discussed below. First, proposed discovery plans must state the date on which the first defendant answered or otherwise appeared. Local Rule 26-1(e)(1). The parties failed to do so. Second, proposed discovery plans must state the number of days sought for discovery. Local Rule 26-1(e)(1). The parties failed to do so. Third, where more than 180 days of discovery are sought, the proposed discovery plan must provide an explanation why the parties believe additional time is required. Local Rule 26-1(d). The parties failed to do so. Fourth, parties must request an extension to any of the deadlines outlined in the scheduling order <u>at least 21 days prior to the expiration of the subject deadline</u> that they seek to extend. Local Rule 26-4. The parties have failed to correctly apply Local Rule 26-4.[1] For all of these reasons, the

---

[1] As noted previously, the parties further failed to timely file their proposed discovery plan. *See* Docket No. 10.

proposed discovery plan is DENIED and the parties shall submit an amended proposed discovery plan that complies with the Local Rules no later than February 11, 2014.

Moreover, in an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[2] to file a certification with the Court no later than February 11, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: February 4, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] This includes: Dennis Prince, Eric Tran, and Jane Eberhardy.