# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE KALBERER,<br><br>    Plaintiff(s),<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:13-cv-02278-JCM-NJK<br><br>ORDER GRANTING MOTION<br>FOR EXCESS PAGES<br><br>(Docket No. 82) |

Pending before the Court is Plaintiff's motion for leave to file a 35-page opposition to Defendant's motion for fees and costs. *See* Docket No. 82. For good cause shown, the motion for excess pages is hereby **GRANTED**.

IT IS SO ORDERED.

DATED: September 22, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge